**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| Manuel Roberto Zhunaula Gonzales, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. 26-CV-12699-AK |
| v. | ) | |
| | ) | |
| Antone Moniz, et al, | ) | |
| | ) | |
| Respondent (s). | ) | |

**ORDER OF DISMISSAL**

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 10] entered on 6/30/2026, it is

hereby **ORDERED** that the above-entitled action be, and hereby is,

                 **DISMISSED**.

Dated: 7/9/2026                 By the Court,

                 /s/ Courtney Horvath
                 Deputy Clerk